**No. 25-1370**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ARIZONA STATE LEGISLATURE, by and through the President of the Arizona State Senate, Warren Petersen, and the Speaker of the Arizona House of Representatives, Steve Montenegro; et al.,

*Plaintiffs-Appellants*,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,

*Defendants-Appellees*,

STATE OF ARIZONA, by and through Attorney General Kris Mayes; et al.,

*Intervenor-Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the District of Arizona
No. 3:24-cv-08026

**APPELLANTS' EXCERPTS OF RECORD – INDEX VOLUME**

Justin D. Smith
Michael E. Talent
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com

*Attorneys for Appellants*

## Volume 1 of 3

1.   Order on Motion to Dismiss filed by the United States; Doc. 77 (January 27, 2025) ............................................................................................................2

## Volume 2 of 3

2.   Exhibit B to Plaintiffs' Opposition to Defendants' Motion to Dismiss: Declaration of Buster Johnson dated December 6, 2013 and filed in *Yount v. Jewell*, No. 3:11-cv-8171 (D. Ariz.); Doc. 63-2 (July 16, 2024) .................35

3.   Exhibit A to Plaintiffs' Opposition to Defendants' Motion to Dismiss: Declaration of Buster Johnson dated October 5, 2012 and filed in *Yount v. Jewell*, No. 3:11-cv-8171 (D. Ariz.), together with the Mohave County, Arizona General Plan as revised November 15, 2010 and certain email communications from a Fort Collins Hydrogeologist; Doc. 63-1 (July 16, 2024) ...........................................................................................................49

4.   Exhibit 1 to Complaint: President Biden announcement of the designation of Baaj Nwaavjo I'tah Kukveni – Ancestral Footprints of the Grand Canyon National Monument; Doc. 1-1 (February 12, 2024) ...................................263

5.   Complaint; Doc. 1 (February 12, 2024) ......................................................268

## Volume 3 of 3

6.   Notice of Appeal; Doc. 78 (February 26, 2025)..........................................318

7.   Docket Sheet for 3:24-cv-8026....................................................................321