**FILED**

MAY 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARIZONA STATE LEGISLATURE, by and through the President of the Arizona Senate, Warren Petersen, and the Speaker of the Arizona House of Representatives, Steve Montenegro; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellees,<br><br>STATE OF ARIZONA and KATIE HOBBS, Governor of Arizona,<br><br>        Intervenor-Defendants - Appellees. | No. 25-1370<br><br>D.C. Nos.<br>3:24-cv-08026-SMM<br>3:24-cv-08027-SMM<br>District of Arizona, Prescott<br><br>ORDER |

The opening brief submitted by Appellants is filed.

Within 7 days of this order, Appellants must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellants are filed. Within 7 days of this order, Appellants must file 3 copies of the excerpts in paper format securely

bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT