# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 25-1370

**Case Name:** Arizona State Legislature et al. v. Trump et al.

**Hearing Location (*city*):** Phoenix

**Your Name:** Amy E. Collier

List the sitting dates for the two sitting months you were asked to review:

February 2026
March 2026

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable March 2-6, 2026 (Phoenix) and March 19, 2026 (University of Arizona Tucson) due to preplanned international travel. I am available for the February sitting (February 2-6, 2026).

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature:** s/Amy E. Collier  **Date:** 10/28/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*